UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

**Jessica M. Benadia**                                   Case No.: **14-35391-RAM**
                                                         Chapter 13

_____Debtor(s)_____/


## EXPEDITED- MOTION TO DISMISS CHPATER 13 CASE WITH PREJUDICE PERIOD AND MOTION TO WITHDRAW AS ATTORNEY OF COUNSEL

**COMES NOW,** the Debtor, Octavio Linares by and through his undersigned counsel, and file this Motion to Dismiss **Jessica M. Benadia** from Chapter 13 Case in support thereof would state as follows:

1. Debtors filed for chapter 13 bankruptcy relief on 11/17/2014
2. Debtors chapter 13 plan was confirmed on 3/16/2015 despite the fact that the Debtor was not current with her plan payment and we did not represent Lock Box.
3. Undersigned counsel filed a Motion for Referral (MMM) and acquired additional attorneys fee and cost and the Debtor did not attend the Mediation [DE.#45].
4. Final Report of Loss Mitigation/Mortgage Modification Mediator [Agreement NOT Reached] Filed by Mediator Anthony Roca on 4/10/2015, since Debtor failed to appear in her Mediation [DE.48].
5. The Debtor has failed to make any of her Monthly Chapter 13 plan payment.
6. Undersigned had requested and made several appointments to meet with Debtor and all 3 where previously canceled as Debtor was a No show.
7. Debtor client has failed to fulfill her contractual obligations to Counsel for Debtor.
8. Irreconcilable differences have arisen between the Counsel and the Debtor which requires withdraw from counsel.
9. In order to avoid any possible or potential conflicts, the undersigned requests leave to withdraw as counsel for the Debtor.
10. In light of the foregoing, the undersigned counsel requests that he and his firm be permitted to withdraw from this matter and that all future papers and pleadings

filed herein be served directly upon Debtor, **Jessica M. Benadia** 9701 SW 162 CT., Miami, FL 33196

**WHEREFORE**, the Debtor respectfully requests that this Court grant this Ex-Parte Motion to Dismiss Debtor from Chapter 13 Case.

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and/or regular mail to: Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL  33027 and to all parties on the service list  on 6/9/2015

        **MARRERO- CHAMIZO-MARCER LAW, LP**
        *Attorney for Debtor(s)*
        3850 Bird Road
        Miami, FL 33146
        Telephone: 786-431-2770
        Facsimile:  786-735-0825
        Email: bankruptcy@marrerorealestatelaw.com

        By: */s/Michael Marcer, Esq,*
            Michael Marcer, Esq.
            Florida Bar No. 88728

Copies to: All parties on the service list